IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 03 CR 1059-1 |
| Leroy Outlaw, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM ORDER

Leroy Outlaw ("Outlaw") is one of the many previously sentenced defendants around the country who, having heard through the ever-active prison grapevine about the Supreme Court's rulings in United States v. Booker, 125 S.Ct. 738 (2005), mistakenly believe that the first half of the Booker rulings -- the portion set out in Justice Stevens' majority opinion -- reaches backward to apply to such defendants' earlier-imposed sentences. That position has been expressly rejected by our Court of Appeals in McReynolds v. United States, Nos. 04-2520, 04-2632 and 04-2844, 2005 W.L. 237642, at *1-*2 (7th Cir. Feb.2). Accordingly Outlaw's pro se filing -- "Defendant's Motion for Release Due to Unconstitutional Enhancement" -- is denied out of hand.

_____
Milton I. Shadur
Senior United States District Judge

Enter: February 15, 2005
C:\WPTEXT\OutlawMO2-25-05.wpd